PD-0892-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 9/8/2015 2:59:14 PM
Accepted 9/14/2015 10:58:34 AM
ABEL ACOSTA
CLERK

## IN THE TEXAS COURT OF CRIMINAL APPEALS

MORRIS LANDON JOHNSON, II     §
**Petitioner/Appellant**

VS.                          §         **No. PD-0892-15**

THE STATE OF TEXAS      §
**Respondent/Appellee**

### MOTION FOR EXTENSION OF TIME TO FILE RESPONSE

Now comes the Respondent, the State of Texas, by and through the Senior Prosecuting Attorney of Erath County, Texas, John Terrill, in the above entitled and enumbered cause and files this, the Appellee's Motion for Extension of Time to File Response pursuant to Rule 68.2(c) and 10.5(b) of the Texas Rules of Appellate Procedure and would show the following, to-wit:

I.

Petitioner's conviction was affirmed by the 11th Court of Appeals by Memorandum Opinion on June 5, 2015 in Cause Number 11-13-00174-CR.  No Motion for Rehearing was filed by Petitioner.  Petitioner filed a Petition for Discretionary review from the Court of Appeals decision in the Texas Court of Criminal Appeals on August 19, 2015.

The Respondent, State of Texas, did not receive notice of the filing of the Petition until August 24, 2015.  Respondent's Response was due on September 3, 2015.

II.

Respondent respectfully requests and extension of time to file a Response because his Petition is without merit and the Respondent does not desire to delay the Court's consideration but rather that justice be done by allowing the same.

FILED IN
COURT OF CRIMINAL APPEALS

September 14, 2015

ABEL ACOSTA, CLERK

WHEREFORE, PREMISES CONSIDERED, the Appellee respectfully prays that this motion be granted.

Respectfully submitted,

John Terrill
Senior Prosecuting Attorney
Erath County, Texas
P.O. Box 30
Stephenville, Texas 76401
(254)965-1462
Bar Card No. 19792500

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Appellee's Motion For Extension of Time to File Response was the 8th day of September 8, deposited with the United States Postal Service addressed to Morris Landon Johnson, II, TDCJ #1877943, Coffield Unit, 2661 F.M. 2054, Tennessee Colony, TX 75884.

John Terrill